# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-17038-ELF

JOHN PATRICK KERR

430 ASHLEY DRIVE

HATBORO, PA 19040-1222

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    JOHN PATRICK KERR

    430 ASHLEY DRIVE

    HATBORO, PA 19040-1222

Counsel for debtor(s), by electronic notice only.

    ALBERT J SCARAFONE JR ESQUIRE
    1717 SWEDE RD
    SUITE 200
    BLUE BELL, PA 19422

                                    /S/ William C. Miller

Date: 11/30/2017                              _____

                                          William C. Miller, Esquire
                                          Chapter 13 Standing Trustee