# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                Chapter 13

                                Bankruptcy No. 17-17038-ELF

    JOHN PATRICK KERR

    430 ASHLEY DRIVE

    HATBORO, PA 19040-1222

        Debtor

## CERTIFICATE OF SERVICE

    **AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

    **Debtor(s), at the address listed, by first class mail.**
        JOHN PATRICK KERR

        430 ASHLEY DRIVE

        HATBORO, PA 19040-1222

    **Counsel for debtor(s), by electronic notice only.**
        ALBERT J SCARAFONE JR ESQUIRE
        1717 SWEDE RD
        SUITE 200
        BLUE BELL, PA 19422

    **Counsel for the United States Trustee, by electronic notice only.**
        Office of the U.S. Trustee
        Eastern District of Pennsylvania
        833 Chestnut Street, Suite 500
        Philadelphia, PA  19107

                              /s/ William C. Miller

Date: 12/27/2017

                              _____
                              William C. Miller, Esquire
                              Chapter 13 Standing Trustee