**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
**JOHN PATRICK KERR** : CHAPTER 13
**A/K/A JOHN P. KERR** :
          **Debtor** : BK. No. 17-17038 ELF

**ORDER**

AND NOW, this 6th day of March, 2018, it is hereby **ORDERED** that the corresponding Stipulation (Doc. # 32) is hereby approved.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**