United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-17038-elf
John Patrick Kerr                                                     Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia       Page 1 of 1         Date Rcvd: Mar 06, 2018
                        Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2018.
db              John Patrick Kerr,    430 Ashley Drive,    Hatboro, PA   19040-1222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2018 at the address(es) listed below:
     ALBERT J. SCARAFONE, JR.   on behalf of Debtor John Patrick Kerr scarafone@comcast.net,
     ascarafone@gmail.com;r39418@notify.bestcase.com
     JEROME B. BLANK    on behalf of Creditor   U.S. Bank, National Association, As Trustee for etal
     paeb@fedphe.com
     MARIO J. HANYON    on behalf of Creditor   U.S. Bank, National Association, As Trustee for etal
     paeb@fedphe.com
     REBECCA ANN SOLARZ    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-8XS et al...
     bkgroup@kmllawgroup.com
     THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. Bank, National Association, As Trustee for
     etal paeb@fedphe.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                       TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
JOHN PATRICK KERR                                : CHAPTER 13
A/K/A JOHN P. KERR                               :
          Debtor                         : BK. No. 17-17038 ELF

### ORDER

AND NOW, this 6th day of March, 2018, it is hereby **ORDERED** that the corresponding Stipulation (Doc. # 32) is hereby approved.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**