IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
JOHN PATRICK KERR                                    :        CHAPTER 13
A/K/A JOHN KERR                                      :
               Debtor                        :        BK. No. 17-17038 ELF

**ORDER**

AND NOW, this  9th  day of  April  , 2018, it is hereby **ORDERED** that the corresponding Stipulation (Doc. # 41) is hereby approved, shall be, and is hereby made an Order of this Court.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**