United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-17038-elf
John Patrick Kerr                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Apr 09, 2018
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2018.
db              John Patrick Kerr,    430 Ashley Drive,    Hatboro, PA  19040-1222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2018 at the address(es) listed below:
          ALBERT J. SCARAFONE, JR.   on behalf of Debtor John Patrick Kerr scarafone@comcast.net,
           ascarafone@gmail.com;r39418@notify.bestcase.com
          JEROME B. BLANK    on behalf of Creditor    U.S. Bank, National Association, As Trustee for etal
           paeb@fedphe.com
          MARIO J. HANYON   on behalf of Creditor    U.S. Bank, National Association, As Trustee for etal
           paeb@fedphe.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-8XS et al...
           bkgroup@kmllawgroup.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. Bank, National Association, As Trustee for
           etal paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                              TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
JOHN PATRICK KERR                                     :          CHAPTER 13
A/K/A JOHN KERR                                        :
                              Debtor                   :          BK. No. 17-17038 ELF

## ORDER

AND NOW, this 9th day of April , 2018, it is hereby **ORDERED** that the corresponding Stipulation

(Doc. # 41) is hereby approved, shall be, and is hereby made an Order of this Court.

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**