# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| John Patrick Kerr | | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 17-17038ELF |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor Carrington Mortgage Services;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $ 226,281.01 has been filed in your name by Albert J. Scarafone, Esq. on 4/13/2018.

Dated: April 16, 2018

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: Virginia S. De Buvitz
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)