United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-17038-elf
John Patrick Kerr                                                     Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Virginia          Page 1 of 1           Date Rcvd: Apr 16, 2018
                             Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2018.
db              John Patrick Kerr,    430 Ashley Drive,    Hatboro, PA 19040-1222
13999493       +Carrington Mortgage Services,    P.O. Box 5001,    Westfield, IN 46074-5001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2018 at the address(es) listed below:
              ALBERT J. SCARAFONE, JR.    on behalf of Debtor John Patrick Kerr scarafone@comcast.net,
               ascarafone@gmail.com;r39418@notify.bestcase.com
              JEROME B. BLANK    on behalf of Creditor    U.S. Bank, National Association, As Trustee for etal
               paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    U.S. Bank, National Association, As Trustee for etal
               paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-8XS et al...
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. Bank, National Association, As Trustee for
               etal paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| John Patrick Kerr | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 17-17038ELF |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor Carrington Mortgage Services;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $ 226,281.01 has been filed in your name by Albert J. Scarafone, Esq. on 4/13/2018.

Dated: <u>April 16, 2018</u>

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: <u>Virginia S. De Buvitz</u>
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)