# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  John Patrick Kerr<br>                 Debtor | CHAPTER 13 |
| Morgan Stanley Mortgage Loan Trust 2007-8XS, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National  Association, as Trustee, successor by merger to  LaSalle Bank National Association, as Trustee, its successors and/or assigns<br>                 Movant<br>     vs. | NO. 17-17038 elf |
| John Patrick Kerr<br>                 Debtor | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>                 Trustee | |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of Morgan Stanley Mortgage Loan Trust 2007-8XS, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to  LaSalle Bank National Association, as Trustee, which was filed with the Court on or about **October 31, 2017.** Document No. 13.

                                              Respectfully submitted,

                                              **/s/ Rebecca A. Solarz, Esquire**
                                              Rebecca A. Solarz, Esquire
                                              rsolarz@kmllawgroup.com
                                              KML Law Group, P.C.
                                              BNY Mellon Independence Center
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA  19106
                                              215-627-1322

June 7, 2018