# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JOHN PATRICK KERR | : | |
| | : | |
| DEBTOR | : | NO. 17-17038 ELF |

## CERTIFICATE OF NO RESPONSE

I, Albert J. Scarafone, Esquire, counsel for debtor(s), hereby certify that as of June 18, 2018, I have received no objections by any creditor or party in interest, either verbally or in writing, to my Application For Compensation in the above-captioned case.

/s/ Albert J. Scarafone
Albert J. Scarafone, Esquire
1717 Swede Road, Suite 200
Blue Bell, PA 19422-3372
Phone No.: (610) 275-4000
Fax No.: (610) 275-4883