**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JOHN PATRICK KERR | : | |
| | : | |
| DEBTOR | : | NO. 17-17038 ELF |

**ORDER APPROVING COUNSEL FEE**

**AND NOW**, this 11th day of July, 2018, upon consideration of the Application of Albert J. Scarafone, Esquire for Compensation (the "Application"), and after notice and opportunity to be heard having been given to the United States Trustee, all creditors and parties-in-interest and good cause having been shown, it is hereby

**ORDERE** that the Application is approved in the amount of **$5,000.00** and that the balance as stated in the Application, in the amount of **$3,500.00**, shall be paid to Debtor's counsel as an administrative expense to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**