United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John Patrick Kerr  
     Debtor

Case No. 17-17038-elf  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Virginia | Page 1 of 1 | Date Rcvd: Jul 11, 2018 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2018.
db        John Patrick Kerr,   430 Ashley Drive,   Hatboro, PA  19040-1222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.        TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2018        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2018 at the address(es) listed below:
     ALBERT J. SCARAFONE, JR.   on behalf of Debtor John Patrick Kerr scarafone@comcast.net, ascarafone@gmail.com;r39418@notify.bestcase.com
     JEROME B. BLANK   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE ET. AL. paeb@fedphe.com
     JEROME B. BLANK   on behalf of Creditor   U.S. Bank, National Association, As Trustee for etal paeb@fedphe.com
     MARIO J. HANYON   on behalf of Creditor   U.S. Bank, National Association, As Trustee for etal paeb@fedphe.com
     REBECCA ANN SOLARZ   on behalf of Creditor   Morgan Stanley Mortgage Loan Trust 2007-8XS et al... bkgroup@kmllawgroup.com
     REBECCA ANN SOLARZ   on behalf of Creditor   Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2006-1 bkgroup@kmllawgroup.com
     THOMAS YOUNG.HAE SONG   on behalf of Creditor   U.S. Bank, National Association, As Trustee for etal paeb@fedphe.com
     United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                                   TOTAL: 9

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JOHN PATRICK KERR | : | |
| | : | |
| DEBTOR | : | NO. 17-17038 ELF |

## ORDER APPROVING COUNSEL FEE

**AND NOW**, this 11th day of July, 2018, upon consideration of the Application of Albert J. Scarafone, Esquire for Compensation (the "Application"), and after notice and opportunity to be heard having been given to the United States Trustee, all creditors and parties-in-interest and good cause having been shown, it is hereby

**ORDERE** that the Application is approved in the amount of **$5,000.00** and that the balance as stated in the Application, in the amount of **$3,500.00**, shall be paid to Debtor's counsel as an administrative expense to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**