IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| JOHN PATRICK KERR | : | BK. No. 17-17038 ELF |
| Debtor | : | |
| | : | Chapter No. 13 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | : | |
| FOR RESIDENTIAL ASSET MORTGAGE | : | |
| PRODUCTS, INC., MORTGAGE ASSET-BACKED | : | |
| PASS-THROUGH CERTIFICATES, SERIES 2006-NC1 | : | |
| Movant | : | 11 U.S.C. §362 |
| v. | : | |
| JOHN PATRICK KERR | : | |
| Respondent | | |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

**AND NOW**, this 16th day of August, 2018, after Notice of Default and the filing of a Certification of Default under the parties' prior Stipulation, it is

**ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, **7314 MONTOUR STREET, PHILADELPHIA, PA 19111-3608** (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-NC1** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**