United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 17-17038-elf
John Patrick Kerr                                                      Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia         Page 1 of 1         Date Rcvd: Aug 17, 2018
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2018.
db             John Patrick Kerr,    430 Ashley Drive,    Hatboro, PA   19040-1222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2018 at the address(es) listed below:
              ALBERT J. SCARAFONE, JR.    on behalf of Debtor John Patrick Kerr scarafone@comcast.net,
               ascarafone@gmail.com;r39418@notify.bestcase.com
              JEROME B. BLANK    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE ET. AL.
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    U.S. Bank, National Association, As Trustee for etal
               paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    U.S. Bank, National Association, As Trustee for etal
               paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-8XS et al...
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture
               Trustee, for New Century Home Equity Loan Trust 2006-1 bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. Bank, National Association, As Trustee for
               etal paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
JOHN PATRICK KERR                                                : BK. No. 17-17038 ELF
          **Debtor**                                      :
                                                                  : Chapter No. 13
U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE  :
FOR RESIDENTIAL ASSET MORTGAGE              :
PRODUCTS, INC., MORTGAGE ASSET-BACKED       :
PASS-THROUGH CERTIFICATES, SERIES 2006-NC1  :
          **Movant**                                      : 11 U.S.C. §362
          v.                                               :
JOHN PATRICK KERR                                                :
          **Respondent**

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

      **AND NOW**, this 16th day of August, 2018, after Notice of Default and the filing of a Certification of Default under the parties' prior Stipulation, it is

      **ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

      **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, **7314 MONTOUR STREET, PHILADELPHIA, PA 19111-3608** (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

      **ORDERED** that Rule 4001(a)(3) is not applicable and **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-NC1** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

      **ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
    **ERIC L. FRANK**
    **U.S. BANKRUPTCY JUDGE**