# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                   Chapter 13

                                   Bankruptcy No. 17-17038-ELF

JOHN PATRICK KERR

430 ASHLEY DRIVE

HATBORO, PA 19040-1222

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    JOHN PATRICK KERR

    430 ASHLEY DRIVE

    HATBORO, PA 19040-1222

Counsel for debtor(s), by electronic notice only.

    ALBERT J SCARAFONE JR ESQUIRE
    1717 SWEDE RD
    SUITE 200
    BLUE BELL, PA 19422

Date: 8/21/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee