United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                               Case No. 17-17038-elf
John Patrick Kerr                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 2               Date Rcvd: Mar 20, 2019
                              Form ID: pdf900         Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2019.
```
db              John Patrick Kerr,    430 Ashley Drive,    Hatboro, PA  19040-1222
cr             +Morgan Stanley Mortgage Loan Trust 2007- 8XS,    14841 Dallas Parkway, Suite 425,
                 Dallas, TX 75254-8067
14095777        Albert J. Scarafone, Esquire,    Hill, Friedland & Scarafone,    1717 Swede Road, Suite 200,
                 Blue Bell, PA 19422-3372
13999489      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    PO Box 982238,    El Paso, TX 79998)
13999490       +Bank of America NA,    3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
13999491       +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
14062034        CACH, LLC its successors and assigns as assignee,    of Citibank (South Dakota), N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14062168        CACH, LLC its successors and assigns as assignee,    of SpringCastle America Funding Trust,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13999493       +Carrington Mortgage Services,    P.O. Box 5001,    Westfield, IN 46074-5001
13999494        Chrysler Capital,    PO Box 660647,    Dallas, TX 75266-0647
14009342       +Chrysler Capital,    P.O. Box 961275,    Fort Worth, TX 76161-0275
13999497        HSBC,    P.O. Box 98706,    Las Vegas, NV 89193-8706
13999498        LaSalle Bank NA,    376 Stateview Boulevard,    Fort Mill, SC 29715
13999499        Ocwen Loan Servicing, LLC,    PO Box 24738,    West Palm Beach, FL 33416-4738
13999501       +PNC Bank,    PO 3180,    Pittsburgh, PA 15230-3180
13999500       +Phelan Hallinan Diamond & Jones LLP,    1617 JFK Boulevard,    Suite 1400,
                 Philadelphia, PA 19103-1814
13999502        Specialized Loan Servicing, LLC,    PO Box 636007,    Littleton, CO 80163-6007
14061658        U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE ET. AL.,    OCWEN LOAN SERVICING, LLC,
                 ATTN: BANKRUPTCY DEPARTMENT,    P.O. BOX 24605,    WEST PALM BEACH FL 33416-4605
14004869       +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13999504       +US Bank National Association,    3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Mar 21 2019 02:26:32     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 21 2019 02:26:02
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 21 2019 02:26:20     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13999492       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 21 2019 02:23:16      Cach LLC,
                 P O Box10497,    Greenville, SC 29603-0497
13999495        E-mail/PDF: creditonebknotifications@resurgent.com Mar 21 2019 02:23:15      Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
13999496        E-mail/Text: mrdiscen@discover.com Mar 21 2019 02:25:38     Discover Financial Services,
                 PO Box 15316,    Wilmington, DE 19850-5316
14008675        E-mail/Text: mrdiscen@discover.com Mar 21 2019 02:25:38     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14062486        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 21 2019 02:23:16
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13999503       +E-mail/PDF: cbp@onemainfinancial.com Mar 21 2019 02:23:10     Springleaf,    961 Weigel Dr,
                 Elmurst, IL 60126-1058
                                                                                              TOTAL: 9
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Virginia              Page 2 of 2                   Date Rcvd: Mar 20, 2019
                              Form ID: pdf900             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2019 at the address(es) listed below:
              ALBERT J. SCARAFONE, JR.    on behalf of Debtor John Patrick Kerr scarafone@comcast.net,
               ascarafone@gmail.com;r39418@notify.bestcase.com
              JEROME B. BLANK    on behalf of Creditor   U.S. Bank, National Association, As Trustee for etal
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE ET. AL.
               paeb@fedphe.com
              KERI P EBECK    on behalf of Creditor    Specialized Loan Servicing, LLC, as servicer for Morgan
               Stanley Mortgage Loan Trust 2007-8XS, U.S. Bank National Association, as Trustee, successor in
               interest to Bank of America, National Association kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              MARIO J. HANYON    on behalf of Creditor   U.S. Bank, National Association, As Trustee for etal
               paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Morgan Stanley Mortgage Loan Trust 2007-8XS et al...
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Deutsche Bank National Trust Company, as Indenture
               Trustee, for New Century Home Equity Loan Trust 2006-1 bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor   U.S. Bank, National Association, As Trustee for
               etal paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                            TOTAL: 10
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JOHN PATRICK KERR            Chapter 13

          Debtor           Bankruptcy No. 17-17038-ELF

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

     **AND NOW**, this _____ day of _____, 201\_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

     **ORDERED**, that any wage orders are hereby vacated.

**Date: March 20, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ALBERT J SCARAFONE JR ESQUIRE
1717 SWEDE RD
SUITE 200
BLUE BELL, PA 19422


Debtor:
JOHN PATRICK KERR

430 ASHLEY DRIVE

HATBORO, PA 19040-1222